AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANATOLY MAKAROWSKI,

           Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS,

           Defendants.

JUDGMENT

Case Number: 2:22-cv-00695-MMD-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Makarowski's failure to file a fully complete application to proceed in forma pauperis or pay the full $402 filing fee in compliance with this Court's May 4, 2022, order.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed. No other documents may be filed in this now-closed case. If Makarowski wishes to pursue his claims, he must file a complaint in a new case.

Date: 7/27/2022

CLERK OF COURT

_[signature]_

Signature of Clerk or Deputy Clerk